IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| INDIANAPOLIS FRUIT COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 3:12-0234 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| TURNIP TRUCK URBAN FARE, LLC, et al., ) | |
| ) | |
| Defendant. ) | |

## O R D E R

In light of multiple continuances in the criminal trial in <u>United States v. Adan, et al.</u>, 3:10-cr-00260, the Court regretfully resets the initial case management conference in this action for **Friday, April 27, 2012, at 4:30 p.m.** If this date is not convenient for the parties, the parties may submit an alternate Friday at 4:30 p.m.

It is so **ORDERED**.

**ENTERED** this the 17th day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge