**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| INDIANAPOLIS FRUIT COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CASE NO. 3:12-0234 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TURNIP TRUCK URBAN FARE, LLC, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

In light of multiple continuances in the criminal trial in <u>United States v. Adan, et al.</u>,

3:10-cr-00260, the Court regretfully resets the initial case management conference in this action

for **Friday, April 27, 2012, at 4:30 p.m.** If this date is not convenient for the parties, the parties

may submit an alternate Friday at 4:30 p.m.

It is so **ORDERED**.

**ENTERED** this the 17ᵈ day of April, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge